UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| **ONE MORE FITNESS, LLC,**<br>    *Plaintiff,* | § § § § | |
| **VS.** | § § § | CIVIL ACTION NO.: _____ |
| **ATEGRITY SPECIALTY INSURANCE COMPANY,**<br>    *Defendant.* | § § § § § | **[JURY DEMANDED]** |

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW, Defendant, Ategrity Specialty Insurance Company ("Ategrity" or "Defendant"), and files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446:

### I.  PROCEDURAL HISTORY

1. On September 8, 2023, Plaintiff, *One More Fitness, LLC* ("Plaintiff"), filed its Original Petition and initiated an action against *Defendant, Ategrity Specialty Insurance Company;* in the 90th Judicial District Court of Stephens County, Texas, in Cause No. CV33345 (the "State Court Action"). *See* Exhibit "**A**" attached hereto and incorporated herein by reference.

2. Plaintiff's request for service on Ategrity is attached as Exhibit "**B**."

3. Defendant, Ategrity, was served on or about October 12, 2023, with a copy of the Citation and Plaintiff's Original Petition. *See* Exhibit "**C**" attached hereto and incorporated herein by reference.

4. Defendant filed an Answer in the State Court Action on November 6, 2023. *See* Exhibit "**D**" attached hereto and incorporated herein by reference.

5. Defendant's Notice of Removal was filed on November 10, 2023, which is within

the thirty-day statutory time period for removal allowed under 28 U.S.C. §1446(b).

## II.  FACTUAL BACKGROUND

6.  This suit concerns a first-party claim submitted under a Commercial Property Policy issued by Ategrity to Plaintiff. Plaintiff alleged it suffered property damage caused by a wind and hail event on or about May 13, 2022.

7.  Plaintiff, however, contends that Defendant has wrongfully not paid its claim, and so it filed suit for declaratory relief, breach of contract, violations of Texas Insurance Code Chapters 541 and 542, violations of the Deceptive Trade Practices Act, and breach of the duty of good faith and fair dealing. Plaintiff states in §IX, page 12 of its Original Petition that the estimated damages are over $250,000.00 but not more than $1,000,000.00.

8.  Defendant does not admit the underlying facts alleged by Plaintiff and expressly denies liability to Plaintiff.

## III.  DIVERSITY JURISDICTION

9.  Plaintiff, One More Fitness, LLC, is a Texas limited liability company the Members of which are April Gardner and Jason Gardner, individuals who are residents and citizens of Texas.

10.  Defendant, Ategrity Specialty Insurance Company, is a corporation foreign corporation organized under the laws of the State of Delaware with its principal place of business in Scottsdale, Arizona. For purposes of diversity jurisdiction, Ategrity is a citizen of Delaware and Arizona under 28 U.S.C. § 1332.

11.  Removal is proper because there is complete diversity between the parties.

12.  Venue is proper in the Northern District of Texas, Abilene Division, because the Plaintiff's Property made the subject of the suit is located in Stephens County and within the

Abilene Division.

13. The "matter in controversy" under 28 U.S.C. § 1332(a) is determined by reference to the plaintiff's pleadings. The damages the plaintiff claims in its petition, if apparently claimed in good faith, are controlling. *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1938). Plaintiff has pled that the estimated amount of its damages is in excess of $250,000.00 in its Original Petition at §IX, page 12. See Exhibit "**A**." Thus, the amount in controversy with Plaintiff exceeds the $75,000 jurisdictional minimum amount in controversy.

## IV.     INFORMATION FOR THE CLERK

14. Plaintiff:  One More Fitness, LLC

15. Defendant: Ategrity Specialty Insurance Company

16. The case is pending in the 90th Judicial District Court of Stephens County:

   Honorable Judge Phillip C. Gregory
   STEPHENS COUNTY COURTHOUSE
   200 West Walker
   Breckenridge, TX 76424
   Telephone: 254.559.3151

17. Pursuant to 28 U.S.C. §1446(a), Defendant has attached copies of all processes and pleadings served upon it in the State Court Action. No further proceedings have been had therein. Pursuant to Local Rule 81, a copy of the trial court's docket sheet is attached as Exhibit "**E**" and an Index of Matters Being Filed is attached.

18. Counsel for Plaintiff, One More Fitness, LLC:
   Benjamin R. Crowel, III; State Bar No. 24087360
   Brennan M. Kucera; State Bar No. 24076491
   CROWELL & KUCERA, PLLC
   2028 E. Ben White Blvd., Suite 240-2015
   Austin, TX 78741
   Telephone:     512-870-7099
   Facsimile:     512-388-9520
   E-mail:        ben@ck-firm.com
                  brennan@ck-firm.com

3

19. Counsel for Defendant, Ategrity Specialty Insurance Company:
    Peri H. Alkas; State Bar No. 00783536
    Nicole M. Hilburn; State Bar No. 24055663
    PHELPS DUNBAR LLP
    ONE SHELL PLAZA
    910 Louisiana, Suite 4300
    Houston, Texas 77002
    Telephone:   713-626-1386
    Facsimile:   713-626-1388
    E-Mail:      peri.alkas@phelps.com
                 Nicole.hilburn@phelps.com

20. Local Counsel for Defendant, Ategrity Specialty Insurance Company:
    Paige Jones; Texas Bar No. 24054609
    Phelps Dunbar LLP
    2102 E. State Highway114, Suite 207
    Southlake, Texas 76092
    (817) 488-3134
    (817) 488-3214 Fax
    Email: paige.jones@phelps.com

*Jury Demand*

21. Defendant demanded a jury trial in state court and requests a trial by jury in federal court as well. Plaintiff also made a jury demand in state court.

*Miscellaneous*

22. On the same day this Notice of Removal was filed, Defendant filed notice of this removal in the State Court Action. A copy of this Notice of Removal filed in the State Court Action is attached as Exhibit "**F**."

23. Because Plaintiff is two individuals who are citizens of Texas, Defendant is a corporation who is the citizen of Delaware and Arizona, and because the amount in controversy exceeds $75,000, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. §1332. As such, this removal action is proper.

WHEREFORE, Defendant, Ategrity Specialty Insurance Company, respectfully requests that the above-entitled action be removed from the 90th District Court of Stephens County, Texas, to the United States District Court for the Northern District of Texas, Abilene Division.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Peri H. Alkas*
Peri H. Alkas; TBN: 00783536
Fed. I.D. No.: 15787
Nicole M. Hilburn; TBN: 24055663
ONE SHELL PLAZA
910 LOUISIANA STREET; Suite 4300
Houston, Texas 77002
Telephone: 713 626 1386
Facsimile: 713 626 1388
Email: peri.alkas@phelps.com
          Nicole.hilburn@phelps.com

AND

Paige Jones; Texas Bar No. 24054609
PHELPS DUNBAR LLP
2102 E. State Highway114, Suite 207
Southlake, Texas 76092
(817) 488-3134
(817) 488-3214 Fax
Email:  paige.jones@phelps.com

**ATTORNEYS FOR DEFENDANT, ATEGRITY SPECIALTY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record pursuant to the Federal Rules of Civil Procedure on November 10, 2023.

| | |
|---|---|
| Benjamin R. Crowel, III<br>Brennan M. Kucera<br>CROWELL & KUCERA, PLLC<br>2028 E. Ben White Blvd., Suite 240-2015<br>Austin, TX 78741<br>*COUNSEL FOR PLAINTIFF* | ben@ck-firm.com<br>brennan@ck-firm.com |

                                              */s/ Peri H. Alkas*
                                              Peri H. Alkas