UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ONE MORE FITNESS, LLC,

    Plaintiff,

v.

No. 1:23-CV-218-H

ATEGRITY SPECIALTY INSURANCE
COMPANY,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the parties' joint stipulation of dismissal pursuant to Federal Rule
of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 24. The joint stipulation is approved. It is
ordered that the plaintiff's claims against the defendant are dismissed with prejudice, and
the Clerk of Court is directed to close this case. The parties shall each bear their own costs
and attorneys' fees.

In light of the joint stipulation of dismissal, the defendant's pending motion to strike
(Dkt. No. 19) and pending motion for summary judgment (Dkt. No. 21) are denied as moot.

So ordered on February 3, 2025.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE